**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In re Sun Coast Resources, Inc. and Luis Almaraz

Appellate case number:   01-22-00354-CV

Trial court case number:  2020-68503

Trial court:                        157th District Court of Harris County

On May 25, 2022, the Court received a notice that the parties had reached a resolution of the underlying matter and that the parties would move for dismissal of this proceeding. Since the May 25 notice, we have not heard from the parties and no motion to dismiss has been filed. Accordingly, we ask the parties to file either a motion to dismiss the original proceeding or a notice of the status of the parties' dispute **on or before August 12, 2022**. If a response is not received by the deadline, this Court will dismiss the original proceeding as moot.

It is so ORDERED.

Judge's signature: _____/s/ Sherry Radack_____
⊠ Acting individually    ☐ Acting for the Court

Date:   ___August 2, 2022____